1326

JOHN GISEL, Appellant, et al., Plaintiff, v CLEAR CHANNEL COMMUNICATIONS, INC., et al., Respondents. [953 NYS2d 180]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Lindley, Sconiers and Martoche, JJ.

In the Matter of the Arbitration between ADAM BOBAK, Respondent, and AIG CLAIMS SERVICES, INC., et al., Appellants. [953 NYS2d 179]—Motion for leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Carni, Lindley and Martoche, JJ.

In the Matter of FFT SENIOR COMMUNITIES, INC., Respondent, v TOWN OF CANANDAIGUA et al., Appellants. [953 NYS2d 180]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Centra, Lindley, Sconiers and Martoche, JJ.

HUGO RAFAEL RAMIREZ GABRIEL, Also Known as CESAR MENDEZ, et al., Appellants-Respondents, v JOHNSTON'S L.P. GAS SERVICE, INC., Respondent-Appellant, et al., Defendants. (Action No. 1.) HUGO RAFAEL RAMIREZ GABRIEL, Also Known as CESAR MENDEZ, et al., Appellants, v ANTHONY A. DEMARCO et al., Respondents, et al., Defendants. (Action No. 2.) HUGO RAFAEL RAMIREZ GABRIEL, Also Known as CESAR MENDEZ, et al., Appellants-Respondents, v RAYTHEON COMPANY, Respondent-Appellant. (Action No. 3.) [951 NYS2d 432]—Motion for reargument granted to the extent that the parties shall file and serve briefs regarding whether Supreme Court's order entered August 5, 2011, was properly made insofar as it ordered that plaintiffs must return to the United States for independent medical examinations, if requested by defendants 60 days prior to trial, and whether this Court's opinion and order entered June 15, 2012, properly determined that plaintiffs abandoned that issue. Motion and cross motion for leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Fahey, Peradotto and Lindley, JJ.

In the Matter of the Judicial Settlement of the Intermediate Account of W.A. READ KNOX, Successor Trustee, et al., as Trustees of the Trust under Article Seventh of the Will of SEYMOUR H. KNOX, III, Deceased, for the Benefit of JEAN R. KNOX (Marital Trust) for the Period June 3, 1996 to November 3, 2005. HSBC BANK USA, N.A., Appellant; JEAN R. KNOX et al., Respondents. (Proceeding No. 2.) (Appeal No. 5.) [953 NYS2d 180]—Motion for leave to appeal to the Court of Appeals or, in the alternative, reargument denied. Present—Scudder, P.J., Smith, Centra and Lindley, JJ.